IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALAN L. READ,                                                          No. CV 07-1478-MO

           Plaintiff,                                           JUDGMENT

      v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

           Defendant.

**MOSMAN, J.,**

      Based on the record,

      IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED as stated on the record, and this case is DISMISSED.

      DATED this  17th   day of November, 2008.

                                                           /s/ Michael W. Mosman
                                                           MICHAEL W. MOSMAN
                                                           United States District Judge

PAGE 1 - JUDGMENT